Marc V. Kalagian
Attorney at Law: 149034
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
JIMMIE R. GRANT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE R. GRANT | ) Case No.: 2:15-cv-01455-CKD |
| Plaintiff, | ) |
| v. | ) ORDER EXTENDING BRIEFING ) SCHEDULE |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | ) ) ) |
| Defendant. | ) ) |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and including January 29, 2016, in which to file Plaintiff's motion for summary judgment; and that all other deadlines set forth in the July 8, 2015 Case Management Order shall be extended accordingly. IT IS SO ORDERED.

Dated:  December 28, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

-1-