BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI, NY SBN 4692018
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: Asim.Modi@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JIMMIE R. GRANT. JR., | ) Case No. 2:15-cv-1455-CKD |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **EXTEND BRIEFING SCHEDULE** |
| v. | ) |
| CAROLYN W. COLVIN | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her cross-motion for summary judgment with the Court by 35 days to **April 4, 2016**, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly.  This is Defendant's first request for an extension of time in this matter, and she requests it in good faith and without any intent to prolong proceedings unduly.

There is good cause for this extension because counsel for Defendant is responsible for drafting various pleadings before the district courts within the Ninth Circuit, preparing an oral argument before the Ninth Circuit, negotiating or litigating attorney fee matters pursuant to the

Equal Access to Justice Act, and conducting discovery in personnel-related litigation pending before the Equal Employment Opportunity Commission.

Respectfully submitted,

Date: February 25, 2016     ROHLFING & KALAGIAN, LLP

By:   /s/ Asim H. Modi for Marc V. Kalagian*
MARC V. KALAGIAN
*Authorized by email on February 25, 2016
Attorneys for Plaintiff

Date: February 25, 2016     BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/ Asim H. Modi
ASIM H. MODI
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Based on the foregoing joint stipulation, and for cause shown, THE COURT ORDERS that Defendant shall have until **April 4, 2016** to file her cross-motion for summary judgment, with all subsequent deadlines set forth in the Court's scheduling order also extended accordingly.

Dated:  February 29, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE